# Notice Recipients

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

3904482     COMENITY CAPITAL BANK          C O WEINSTEIN & RILEY, PS          2001 WESTERN AVENUE, STE
            400          SEATTLE, WA 98121

                                                                              TOTAL: 1